**Order entered July 25, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00351-CV

**MELINDA LEHYE AND ALL OCCUPANTS, Appellant**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06692-D**

## ORDER

Before the Court is court reporter Coral L. Wahlen's July 22, 2019 request for extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than August 12, 2019.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE